BIRDIE BAKERMAN, Appellant, v. PAULINE NIELAND and Others, Respondents.— Motion for stay granted on condition that within ten days appellant file an undertaking to secure the costs and damages of the appeal in the sum of $2,500, and a stipulation consenting to cancel the *lis pendens* filed in the action and to agree to the vendor's sale of the property pending the appeal. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

SAMUEL GUYEFF, Respondent, v. JACOB MOSKOWITZ, Appellant.— Motion to dismiss appeal denied, with leave to renew if appeal is not perfected by September 15, 1920. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE INCORPORATED VILLAGE OF ROCKVILLE CENTRE, Respondent, v. NASSAU AND SUFFOLK LIGHTING COMPANY, Appellant.— Motion denied, without costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of JOHN TIDWELL ALLEN, JR., for Admission to the Bar. (From the State of Tennessee.) — Application granted. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

ADELE KRUSE, Respondent, v. JOHN HENRY KRUSE, Appellant.— Motion granted upon condition that appellant perfect the appeal and have the same ready for argument at the next term of this court, and file an undertaking executed by a surety company for $1,000 to secure the payment of the counsel fee and alimony awarded. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

ALBERT MEYER, Appellant, v. MARY MEYER and Another, Respondents. — Motion granted, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

THE VILLAGE OF FREEPORT, Respondent, v. NASSAU AND SUFFOLK LIGHTING COMPANY, Appellant.— Motion denied, without costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

PHILLIPS ABBOTT, Respondent, v. EARNEST E. SMITH, Appellant, and M. DOUGLAS FLATTERY, Defendant.— Judgment and orders reversed and new trial granted, costs to abide the event, on account of the improper limitation of the cross-examination as to the time spent by plaintiff in the performance of his services. Jenks, P. J., Mills, Rich, Kelly and Jaycox, JJ., concur.

AMERICAN MIDDY COMPANY, INC., Respondent, v. D. H. SHIRT COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

JOSEPHINE BASSO and MORRIS RUFFINO, as Administrators, etc., of SALVATORE BASSO, Deceased, Respondents, v. JOHN T. CLARK & SON, INC., Appellant.— Order unanimously affirmed on reargument, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

CHRISTOPHER BAUMANN, Appellant, v. HOWARD ESTATES DEVELOPMENT COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

CLARA BONZANO, an Infant, by MARIA BONZANO, Her Guardian ad Litem,